No. 1562, Misc. SERRANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 1639, Misc. WELTON v. UNITED STATES. C. A. 2d Cir. Motion for leave to amend petition granted. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 30. KIRKPATRICK, SECRETARY OF STATE OF MISSOURI, ET AL. v. PREISLER ET AL., 394 U. S. 526;

No. 86. AMP INC. v. COHEN, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL., 393 U. S. 825;

No. 173. GORMAN v. UNITED STATES, 393 U. S. 832;

No. 453. GREGG v. UNITED STATES, 394 U. S. 489;

No. 814. DUVERNAY v. UNITED STATES, 394 U. S. 309;

No. 844. STEPHAN ET UX. v. STATE TAX COMMISSIONER OF DELAWARE, 394 U. S. 573;

No. 1041. KAUFER v. UNITED STATES, 394 U. S. 458;

No. 1066. ROSEN ET AL. v. EASTERN AIRLINES, INC., 394 U. S. 959;

No. 662, Misc. JONES v. UNITED STATES, 393 U. S. 1057;

No. 804, Misc. SCHUTZ v. UNITED STATES, 394 U. S. 946;

No. 1262, Misc. MUTTER v. UNITED STATES, 394 U. S. 947;

No. 1275, Misc. MILLER v. THORN, EXECUTRIX, 393 U. S. 1122; and

No. 1593, Misc. ADAMS v. BRENNER, COMMISSIONER OF PATENTS, 394 U. S. 965. Petitions for rehearing denied.